UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JI WON HONG,                                                   :
                                                               :
                              Plaintiff,       :
                                                               :      21-CV-8253 (VSB)
              -against-                               :
                                                               :             **ORDER**
                                                               :
NEW YORK MEAT, INC., et al.,                                   :
                                                               :
                          Defendants.      :
                                                               :
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On October 6, 2021, Plaintiff initiated this action. (Doc. 1.) After an extension of time, (Doc. 7), Defendants answered on November 30, 2021, (Doc. 12). On December 2, 2021, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before December 15, 2021. (Doc. 14.) The parties have not done so. Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than December 27, 2021. If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 20, 2021
             New York, New York            _____
                                                                  VERNON S. BRODERICK
                                                                  United States District Judge