```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JI WON HONG,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :     21-cv-8253 (VSB)
                  - against -                               :
                                                            :            ORDER
                                                            :
NEW YORK MEAT, INC., et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On December 28, 2021, I ordered that a post-discovery conference in this matter would be held on April 28, 2022 at 3:00 p.m. (Doc. 17.) It is hereby ORDERED that the hearing will be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:   April 28, 2022
         New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge